MOW 1007-1.1 (05/07)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE:   NORTHROCK, LLC                )
                                       )
                                       )
         Debtor(s)                     )  Case No.
                                       )
                                       )

**CORPORATE OWNERSHIP STATEMENT**

In a case in which the debtor is a corporation, the following information is required pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1 and Local Rule 1007-1 A. (11):

X    There are no corporations that directly or indirectly own 10% of more of any class of the debtor's equity interest.

☐    The following corporations directly or indirectly own 10% or more of a class of the debtor's equity interest:

                                        Respectfully submitted,

                                        By:  /s/ Ryan D. Kiliany

                                        Ryan D. Kiliany #59070
                                        105 East Fifth Street, Suite 500
                                        Kansas City, MO 64106
                                        (T) 816.221.6006
                                        (F) 816.221.6446
                                        cmt@troppitomiller.com
                                        ATTORNEY FOR DEBTOR

cc: U.S. Trustee

Instructions: File as a separate document on the day the voluntary petition is filed.
ECF Event: Bankruptcy>Other>Declaration: (insert "Corporate Ownership Statement" in free text box)