# United States Bankruptcy Court
## Western District of Missouri

In re  NorthRock, LLC                                        Case No.
                                Debtor(s)                    Chapter  7

## STATEMENT OF CHAPTER 7 BUSINESS OPERATIONS

In a Chapter 7 case in which the debtor is operating a business at the time of filing, the following information is required:

(1) Chief Operating Officer or other contact person

   **Melvin L. Dunsworth, Jr., Member**
   Type Name and Title

(2) Address of Business

   14823 Holmes Rd, Kansas City, MO 64145
   Type Street, City, State and Zip Code

(3) Telephone Number(s) where Chief Operating Officer or other contact person can be reached

   816-665-8700
   Type Telephone Number(s)

(4) Business no longer in operation   **Yes**  .

                              /s/ Melvin L. Dunsworth, Jr.
                              Melvin L. Dunsworth, Jr.
                              Signature

cc: U.S. Trustee